EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | 2019 TSPR 144<br><br>203 DPR \_\_\_\_\_ |

Número del Caso:  TS-3687 y otros

Fecha:  15 de agosto de 2019

Programa de Educación Jurídica Continua:

    Lcda. María C. Molinelli González
    Directora Ejecutiva

Materia:  Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal

La suspensión de todos los abogados será efectiva el 19 de agosto de 2019, fecha en que se le notificó por correo electrónico a todos los abogados mencionados en la Resolución que acompaña este documento.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal

3687 y otros

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de agosto de 2019.

El 16 de junio de 2017, este Tribunal estableció un periodo de exoneración para el pago de multas por cumplimiento tardío que se extendió desde el 1 de julio de 2017 hasta el 30 de junio de 2018. In re Exoneración Multas Reglamento PEJC, 198 DPR 430 (2017). Culminado ese periodo, el Programa de Educación Jurídica Continua (PEJC) inició una evaluación en aras de referir a este Tribunal los miembros de la profesión legal que aún estaban en incumplimiento. A esos efectos, en diciembre de 2018 el PEJC nos refirió una gran cantidad de abogados y abogadas que habían incumplido los periodos que comenzaron desde el 1 de febrero de 2011 al 1 de junio de 2013 y cuya fecha de vencimiento fue entre el 31 de enero de 2013 al 31 de mayo de 2015.

El 9 de enero de 2019, emitimos una Resolución concediéndoles un término de 20 días para que mostraran causa por la cual no se les debía suspender del ejercicio de la profesión por incumplir con los requisitos del PEJC y por no comparecer ante el Programa cuando se les requirió. Ante la incomparecencia de varios abogados y abogadas, el 3 de mayo de 2019 les concedimos un término adicional de 10 días para que mostraran causa por la cual no se les debía suspender del ejercicio de la abogacía por incumplir con los requisitos del PEJC.

En vista de que aún no han comparecido, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía de los siguientes profesionales del Derecho por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Eugenio Pérez Matos | TS- 3687 |
| Jack H. Odell Peck | TS- 3690 |
| José F. Vázquez O'Neill | TS- 3708 |
| Alberto Colón Bermúdez | TS- 3796 |
| Iris M. Torres Orraca | TS- 4121 |
| Wifredo Siaca Alequín | TS- 4180 |
| Hermes F. Acevedo Lebrón | TS- 4697 |
| Elliot Merced Montañez | TS- 4959 |
| Felipe Hernández Román | TS- 5138 |
| Alodia Bauzá De Huertas | TS- 5305 |
| Ana J. Rodríguez Ortiz | TS- 5344 |
| Manuel Alfonso Rodríguez Suárez | TS- 5376 |
| José A. Marrero Burgos | TS- 5475 |
| Carlos L. Pérez Feliciano | TS- 5517 |
| Edilberto Galarza Vale | TS- 5831 |
| Ángel Ruiz Acevedo | TS- 5882 |
| José F. Blanco Torres | TS- 6431 |
| Roberto Fernández Coll | TS- 6499 |
| Luis F. Otero Garabís | TS- 7002 |
| Jacqueline J. Lourido Pérez | TS- 7110 |
| Carlos Bastián Echevarría | TS- 7507 |
| Carlos M. Nieves Ortiz | TS- 8547 |
| Graham A. Castillo Pagán | TS- 8739 |
| Claribel Pabón Durant | TS- 8811 |
| Lourdes A. Alcaraz Gelpí | TS- 8954 |
| Antonio F. Molina Pérez | TS- 10041 |
| José M. De Juan Torres | TS- 10306 |
| Joannie Plaza Martínez | TS- 10370 |
| Agustín Chaves Jiménez | TS- 11027 |
| Marianela A. Martínez Pestana | TS- 11869 |
| Néstor A. Amador Chacón | TS- 12510 |
| Antonio J. Soler Pérez | TS- 12845 |
| Héctor Iván Santos Santos | TS- 12988 |
| Diana M. Santiago García | TS- 13622 |
| Graham A. Castillo Pagán | TS- 13676 |
| Arlene I. Vives Villanueva | TS- 14192 |
| Anabelle Quiñones Rodríguez | TS- 14206 |
| Nelson A. Pérez Surillo | TS- 14400 |
| Javier López Pérez | TS- 14524 |
| Víctor M. Rodríguez Rodríguez | TS- 14629 |
| Rocío Del C. Isla Cruz | TS- 14933 |
| Luis A. Alvarado Hernández | TS- 15105 |
| Christie Marie Delbrey Rivera | TS- 15204 |
| Plácido Rosado Muñoz | TS- 16459 |

|                               |          |
|-------------------------------|----------|
| Ricardo L. Pérez Bartolomei   | TS- 16757 |
| Samuel A. Vélez Soler         | TS- 16794 |
| Yajaira E. Santiago Colón     | TS- 16905 |
| Luis E. Rivera Aponte         | TS- 17235 |
| Clarissa Morales Gorjón       | TS- 17284 |
| Juan A. Sierra Alicea         | TS- 17446 |
| Alexis Rodríguez Ramos        | TS- 17533 |
| Shadiff M. Repullo Casiano    | TS- 17545 |
| Maribel Roig Toledo           | TS- 17601 |
| Juan Manuel Rivera Jones      | TS- 17759 |
| Grisel Velázquez Vargas       | TS- 17798 |
| José Edgardo Ortiz Delgado    | TS- 17883 |
| Cecille M. González Sotomayor | TS- 18216 |

Se les impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberán además informar inmediatamente de su suspensión a los foros judiciales y administrativos en que tengan asuntos pendientes. Por último, deberán acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se les reinstale cuando lo soliciten.

Notifíquese por correo electrónico y ordinario.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco hubiese notificado esta Resolución personalmente a los abogados y abogadas cuya suspensión se ordena. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo